FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Sep 30, 2024
OFFICE OF THE CLERK

6:24-cv-06131

employs that defendant. If you are asserting an official capacity claim, you are asked to describe the custom, policy, or widespread practice.

You are given space to assert three claims. You are not required to bring three claims. You are not limited to three claims. If you have more claims, you may attach one additional page per claim. Number the additional pages carefully so the Court can identify which page goes to what claim. Provide the requested information as to each additional claim.

**Section V:** You tell the Court what relief you are seeking.

**Section VI:** You must list any other lawsuit you have brought in state of federal Court while a prisoner. You must state what type of claim you brought, how the case ended, and whether you have accumulated any "strikes."

**Section VII.** You must sign your name, list the date, and provide your address. Anytime you change your address you are required to immediately inform the Court of your new address. If you do not do this, your case may be dismissed.

**(E). When the forms are completed, mail them to:**

Pro Se Law Clerk Office
35 East Mountain Street, Suite 510
Fayetteville, AR 72701

remit court filed
copy to Indigent inmate
ronald marcum
c/o #1 Detention Ln
Malvern Arkansas State Republic
[72104]

September 19 2024

I was sent this after being denied by PK Holmes US District Court Inc. Being denied filings since November of 2023 please file my case in honor

ronald marcum
ronald marcum

Page 1-11 original packet
6 pages Defendants Information
9 pages Additional pages for need of space

(Revised 11/2023)

In the United States District Court
Western District Of Arkansas
__________ Division

ronald marcum Proper name pursuant to Title 18 US code 1342
All Rights Reserved UCC 1-308/1-207; UCC 1-103
*(In the space above enter your full name and Prison ID Number, if any.* ***Do not include your Social Security Number).***

-against-

Case No. 6 24cv6131
(To be filled out by Clerk's Office only)

PK Holmes, Mark E Floyd Ron Dowling Heather Barnes Michael Gans Levinsky Smith, James Loken, Stephen Colloton, Ray Gruender, Dwayne Benton, Bobby Shepherd, Jane Kelley Ralph Erickson Stephen Grasz, David Stras Jonathan Kobes Asa Hutchison Sarah Sanders Tim Griffin Leslie Rutledge, David Sacher, Continued
*(In the space above enter the full name of each Defendant)*

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

**NOTICE**

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

## I. PLAINTIFF INFORMATION

ronald anthony marcum proper name pursuant to Title 18 US code 1342
Name (First, Middle, Last) Aliases

ronald marcum
Prisoner ID #, if any

Hot Spring County Jail Malvern Arkansas
Place of Detention or Incarceration

c/o #1 Detention Ln
Address (*If detained, facility address*)

Hot Spring, Malvern | Arkansas | 72104
County/City | State | Zip Code

## II. PRISONER STATUS

*Check all boxes that apply to you:*

☐ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence. Provide Date of Conviction ____________.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☑ Other. Explain.
After being human trafficked by State of Arkansas Inc no charges pending in Hot Spring County Arkansas

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1: Holmes P, K
Name (Last, First)

US District Judge
Current Job Title

30 S. 6th Street
Current Work Address

Ft Smith | Ar | 72901
County, City | State | Zip Code

Defendant 2: Floyd Mark
Name (Last, First)

Magistrate Wesser Acting Judge US District Court
Current Job Title

30 S. 6th Street
Current Work Address

Ft Smith | Arkansas | 72901
County, City | State | Zip Code

Defendant 3: Dowling Ron
Name (Last, First)

Clerk US District Crt
Current Job Title

30 S. 6th Street
Current Work Address

Ft. Smith | Arkansas | 72901
County, City | State | Zip Code

Defendant 4: Burns Heather
Name (Last, First)

Clerk US District Crt
Current Job Title

30 S. 6th Street
Current Work Address

Ft Smith | Ar | 72901
County, City | State | Zip Code

## IV. STATEMENT OF CLAIMS

*State* ***every*** *ground on which you claim that one or more of the Defendants violated your federal constitutional rights.* ***List each claim separately*** *(e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.* ***You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: 301 Porter Ind Rd. Clarksville Ar 72830

Date(s) of occurrence: 11-14-2023

Name of Each Defendant Involved:

Jason Cole, Jordan Hawkins, Mike Hamilton, M Jones, Nick mccintrick, Tom Hughes, Jacob Shook, Jeremy Bennett, Abbie Yarborough, Chad Queen, Adam Echelbough, Sam Smith, Kathy Ezell denied medical after excessive force on private property from traffic stop on private road 2263 Johnson County Ark. Hartman Ark.

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

excessive force, denial medical attention violation Title 18 USC. 241/242

*State here briefly the* ***FACTS*** *that support your case. Describe how* ***EACH DEFENDANT*** *was* ***personally involved*** *in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

What happened to you?

FACTS: Tom Hughes, Jacob Shook, Mike Hamilton, Nick mccintrick, Jeremy Bennett, Jason Cole, Jordan Hawkins M Jones, entered private road 2263 with no probable cause i ronald marcum was not a "commercial driver" is allowed to travel unencumbered on public roads they used excessive force to "Kidnap" me on 11-14-2023 then denied medical by them and jail staff Abbie Yarborough, Kathy Ezell Adam Echelbough Chad Queen Justice Cato Sam Smith Liz Woosley et al

Who did what?

How were you injured?

They injured sholders, arms, knees, ankles, and threatened death and death could have occured they had deadly firearms. December 2023 all above herein refused FOIA request of Foreign Registration Statement pursuant to Title 18 US Code 1342 of the Foreign Agents Registration Act of 1938 as required (mandatory) public disclosure by the Privacy Act statement see following Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938 as amended 22 USC 611 et seq. for the purposes of registration under the Act and public disclosure provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in section 8 of the Act.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

The cops are trained to violate the law by activating their emergency lights when there is no real emergency to pull someone over not for a crime with living injured party It is actually a jail offense to activate emergency lights when there is no real emergency emergency is defined when danger is present there was danger to no one it deprives plaintiff of basic right to travel on public roads unencumbered

**Claim Number 2:**

Place(s) of occurrence: Hot Spring County Jail #1 Detention Ln Malvern Ar 72104

Date(s) of occurrence: May 29, 2024, 7-24-2024, 8-17-2024

Name of Each Defendant Involved:

Dustin Burnett, Ashley Whittecar, Shane Davis

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

denial of medical care / refuse to provide information on prescribed medication once medical was allowed, destruction of religious material/bible & personal property

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

| What happened to you? |
|---|

| Who did what? |
|---|

| How were you injured? |
|---|

FACTS: After being denied immediate medical attention by Dustin Burnett, Ashley Whittecar & Shane Davis May 28, 2024 over the next 2 to 3 weeks Dr. Elkins refuses examination and meds. for excruciating pain then prescribes something that the side effects are worse than what it fixes denies other pain meds. for example (ibuprofen etc.). Then same staff denies medical attention from staff ordered assault on 7-24-2024 denies FOIA request of recordings from C-Pod. On 8-17-2024 destruction of personal property, religious material/bible denied relief of 50 USD on 8-22-24 exhausted grievance violation of Title 18 USC 241/242 refuse to send legal mail tamper of / Possible Mail Fraud. July 2024 all above listed refused FOIA request of Foreign Registration Statement pursuant to Title 18 US code 1342 of the Foreign Agents Registration Act of 1938 as required (mandatory) public disclosure by the Privacy Act Statement See above hereto ¶ Claim #1 facts paragraph Privacy Act Statement

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

***If you are asserting an official capacity claim***, *please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

They are trained to disregard intake information the Lietenant and captain think they can order assault on others not from here claiming their rights then refuse medical care destroy my bible and personal property item purchased off commysary

**Claim Number 3:**

Place(s) of occurrence: #1 Detention Ln. Malvern Ar 72104

Date(s) of occurrence: June 10 2024, July 10 2024, August 13 2024

Name of Each Defendant Involved:

Teresa pilcher Hot Spring County Circuit Clerk refused indigent inmate file claim on human traffick of ronald marcum in circuit court where plaintiff is being housed Pilcher refuses FOIA request oath of office liability insurance + surety bond information

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

refused FOIA request oath of office etc. and refuse to file claim against Tim Griffin et al for human trafficking

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

What happened to you?

Who did what?

How were you injured?

FACTS: Teresa Pilcher Hot spring Court Clerk refused indigent inmate file claim on human trafficking of ronald marcum in circuit Court where plaintiff is being housed Pilcher refused FOIA request oath of office liability insurance & surety bond refused all filings and remitted notice to Send all future correspondence to her private attorney I m claiming injury since Im in jail since May 2023 with no reasonable bond no lawyer havent even made plea in open court because this is all fraud State of Arkansas Inc under USA Inc. All above here in, in August 2024 refused FOIA request Of foreign Registration Statement pursuant to Title 18 US Code 1342 of the Foreign Agents Registration Act of 1938 as required (mandatory) public disclosure by the Privacy Act Statement The filing of this document is required for the Foreign Agents Registration Act of 1938 as amended 22 USC 611 et seq. For the purposes of registration under the Act and public disclosure Provision of the information requested is mandatory, and failure to provide the information subject to the penalty and enforcement provisions established in section 8 of the Act.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

The above mentioned defendants in Claim #2 maybe ignorant of the law or are

blatantly and purposely directing me to send all future correspondence to their attorneys. Of course ignorance of the law is no excuse and should be dealt with on a criminal basis immediately and they should be ordered to comply and remit all FOIA requested information in a timely manner

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

Ronald Marcum v. Sarah Capp et al Case No 2:22-cv-02160 PKH
June 27, 2023 Communication to Ronald Dowling U.S. District Court 30 South 6th St RM 1038 Ft Smith Ar 72901 from Michael Gans U.S. Court of Appeals 8th Circuit
release from Hot Spring County jail, dismiss all charges from Johnson County formal written apology letters from all State of Arkansas Inc. employees punitive damages Sanction of all listed surety bonds to be paid to ronald marcum immediately undisclosed amount of lawful money return of ronald marcum and tarah wrights 5 year old daughter braellie wright payment for tresspass on rights according to updated Fee schedule of secured party creditor ronald marcum Johnson County Ark Inc. 36cr-24-63
Notarized bonafied Fee schedule Dated July 17 2023 minimum 500,000 USD per day forced psychiatric evaluation since January 4, 2024 to present until all charges and ban from public buildings since June 2021. Sarah capp Felony forgery of plaintiff on legal documents 36cr-21-408.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner? ☑ Yes ☐ No

If yes, how many? 2

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**? ☑ Yes ☐ No

If yes, how many? 1

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

Ronald marcum V Sarah Capp et al Case no. 2:22-CV-02160PKH June 22, 2023
Communication to Ronald Dowling US District Court 30 South 6th str RM1038 Ft Smith Ar 72901
from Michael Gans U.S. Court of Appeal 8th Circuit If I have had any "Strikes" against me I claim all Rights waive none and do not Contract with any Coporation acting as government under USA INC. All Right Reserved
UCC 1-308/1-207; UCC 1-103

United States Court of Federal Claims
1:24-cv-01175-LAS Loren A. Smith Judge

I will make this clear that you will have to settle with me, pay me or you might as well just come to Hot Spring County Jail and kill me because As our founding fathers understood real freedom "give me liberty or give me death"
ronald marcum
ronald marcum

**VII. PLAINTIFF'S DECLARATION AND SIGNATURE**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

September 19 2024
Dated

ronald marcum
ronald marcum
Plaintiff's Signature

ronald marcum Proper name pursuant to Title 18 US Code 1342
Printed Name (First, MI, Last)

Prison Identification #, if any.

c/o #1 Detention Ln | Malvern | Arkansas State Republic [72104]
Prison Address | City | State | Zip Code

If I was a government employee I would be totally humiliated and my 5 year old daughter is not going to have to live with the corruption all of you have been living. ronald marcum

US. SUPREME COURT DECISION – "All codes, rules, and regulations are for government authorities only, not **human/Creators** in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process…" [Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).1

US. SUPREME COURT DECISION -'**The common law is the real law, the Supreme Law of the land**, the code, rules, regulations, policy, and statutes are "not the law", [Self v. Rhay, 61 Wn (2d) 261]

~~810 6153~~ 3301

Page 1 of 11 Continued

Defendants, Mike Hagar, Hugh Finkelstein, Tess Bradford, Wcrabb, D Smothers, B, Syfert, C Maness, Z Baldwin, Lt. Austin, Kyle Drown, Gary Stubblefield, Aaron Pilkington, John Boozman, Tom Cotton, Bruce Westerman, Sarah Capp, Fred Kirkpatrick, David Saxon, Abbie Yarborough, S. Garcia, Kourtney Morrison, Jimmy Stephens, Tom Hughes, Nick Mccintrick, Officer Cooper, Jason Cole, Jordan Hawkins, Mike Hamilton Matt Jones, Herman Houston, James Dunham, Gordon "Mack" Mccain, Judge Satterfield, Jack Patterson, Deidra Luker, Jeff Phillips, Heather Patton, Jacob Phillips, Carol Collins, Steven Higgins Kathryn Irby Scott Irby, Thomas Fowler, Lisa Ballard, Caroline Baber Mike Casanova, Solomon Graves, Santiaga Villareal, Tyler Benoit, Cody Hern, Justice Cato, Jacob Shook, Jeremy Bennett, Sam Smith, Liz Woosley, Emily Hanuska, Kathy Ezell, Brenda Wood, Jeff Wood, Brett Scott, Mike Haber, Jeff Ross, Chris Curtis, Aaron Arnold, David Reider, Ed King, T Wood, Larry Boggs, Tommy Evans, Gaston Griggs, Jimmy Harmon, Clay Mccall, Tom Wordon, Ruben Gay, Alex Betton, Shane Davis, Dustin Burnett Ashley Whittecar, CO Amanda, Bob Bond, CO Stacey Matt Dearmore Jessica Watson Ed Stafford, Alan Clark, Jason Owens, Teresa Pilcher

Page 3 of 11 Continued Defendant(s) information

Defendant #5 Gans Michael
Clerk of 8th Circut
111 South 10th Street
St. Louis MO 63102

Defendant #6 Smith Levinsky
Treasonous Judge
111 South 10th Str
St Louis MO

Defendant #7 Loken James
Treasonous Judge
111 S 10th St.
St Louis MO 63102

Def. #8 Colloton Stephen
Treasonous Judge
111 S. 10th St.
St. Louis MO 63102

Def. #9 Grueaber Ray
Treasonous Judge
111 S. 10th St.
St. Louis MO 63102

Def. #10 Benton Dwayne
Treasonous Judge
111 S. 10th St.
St. Louis MO 63102

Next page →

Defendants continued

Def. #11 Shepherd, Bobby
Treasonous Judge
111 S. 10th St.
St. Louis MO 63102

Def #12 Kelley Jane
Treasonous Judge
111 S. 10th St.
St. Louis MO 63102

Def #13 Erickson Ralph
Treasonous Judge
111 S. 10th St.
St. Louis MO 63102

Def #14 Grasz, Stephen
Treasonous Judge
111 S. 10th St.
St. Louis MO 63102

Def #15 Kobes Jonathan
Treasonous Judge
111 S. 10th St.
St Louis MO 63102

Def #16 Hutchison Asa
Arkansas Inc.
7820 W Capitol Ave
Little Rock Ar 72205

Def #17 Sanders Sarah
✓ Ark Inc.
7820 W. Capitol Ave
Little Rock Ar 72205

Def # 18 ~~Tim~~ Griffin Tim
✓ Ark Inc.
7820 W. Capitol Ave
Little Rock Ar 72205

Def. #19 Rutledge Leslie
✓ Ark Inc.
~~78~~ 7820 W. Capitol Ave
Little Rock Ar 72205

Def #20 Sacher David
Ark Inc.
323 Center Str Ste 1060
Little Rock Ar 72201

Def #21 Casanova Mike
Ark Inc.
323 Center St. Ste 1060
Little Rock Ar 72201

Def # 22 Hagar Mike
✓ ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

Def # 23 Finkelstein, Hugh
✓ ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

Def # 24 Bradford Tess
✓ ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

→ next page

Defendants Continued

Def# 25 Crabb, W
ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

Def# 26 Smothers, D
ASP Inc
1 State Police Plz Dr
Little Rock Ar 72209

Def# 27 Syfert, B
ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

Def# 28 Maness, C
ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

Def# 29 Baldwin Zoe
ASP Inc
1 State Police Plz Dr
Little Rock Ar 72209

Def# 30 Austin Lt.
ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

Def# 31 Drown Kyle
ASP Inc.
1 State Police Plz Dr
Little Rock Ar 72209

Def# 32 Stubblefield Gary
State Arkansas Inc.
2542 Skeets Rd
Branch Ar 72928

Def# 33 Pilkington Aaron
State of Arkansas Inc.
Knoxville Ar 72845

Def# 34 Boozman John
USA Inc Arkansas Inc.
213 West Monroe Suite N
Lowell Ar 72745

Def# 35 Cotton Tom
USA Inc
213 West Monroe Suite N
Lowell Ar 72745

~~Def# 36~~
Cotton Tom
326 Russell Senate Ofc Bldg
Washington DC 20510

Def# 36
Westerman Bruce
202 Canon House of Bldg
Washington DC 20510

Def# 37 Capp Sarah
Arkansas Inc
301 Porter Ind. Rd
Clarksville Ar 72830

Def# 38 Kirkpatrick Fred
Arkansas Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 39 Saxon David
Arkansas Inc
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 40 Yarborough Abbie
Arkansas Inc
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 41 Garcie S.
Arkansas Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 42 Morrison Kourtney
Arkansas Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 43 Stephens Jimmy
Arkansas Inc
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 44 Hughes Tom
Arkansas Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 45 Mccintrick Nick
Arkansas Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 46 Cooper Deputy
Ark. Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 47 Cole Jason ~~Jason Cole~~
Ark. Inc. Deputy
301 Porter Ind. Rd.
Clarksville Ar 72830

Def# 48 Hawkins Jordan
Ark Inc Deputy
301 Porter Ind. Rd.
Clarksville Ar 72830

next page

Defendants Continued

Def#49 Hamilton Mike
Ark Inc. Deputy
301 Porter Ind. Rd.
Clarksville Ar 72830

Def#50 Jones Matt
Ark Inc Deputy
301 Porter Ind. Rd.
Clarksville Ar 72830

Def#51 Houston Herman
Ark County Judge
215 W. Main
Clarksville Ar 72830

Def#52 Dunham, James
Ark Inc. Judge
301 Porter Ind. Rd.
~~Cla~~ 215 W. Main
Clarksville Ar 72830

Def#53 Mccain, Gordon "Mack"
Ark Inc. Judge
215 W. Main
Clarksville Ar 72830

Def#54 Sutterfield, Judge
Ark Inc. Judge
215 W. Main
Clarksville Ar 72830

Def#55 Patterson Jack
Ark. Inc. Prosecutor/Judge
215 W Main
Clarksville Ar 72830

Def#56 Luker Deidra
Ark Inc Prosecutor
215 W Main/111 N. Fulton
Clarksville Ar 72830

Def#57 Phillips, Jeffrey
Ark. Inc. Prosecutor
111 N. Fulton
Clarksville Ar 72830

Def#58 Patton Heather
Ark Inc. ADA
111 N. Fulton
Clarksville Ar 72830

Def#59 Phillips Jacob (AKA)?
Ark Inc. ADA
111 N. Fulton
Clarksville Ar 72830

Def#60 Collins Carol
Ark Inc. ADA
111 N. Fulton
Clarksville Ar 72830

Def#61 Higgins Steven
Ark Inc ADA
111 N. Fulton
Clarksville Ar 72830

Def#62 Mccall Clay
Ark Inc ADA
111 N. Fulton Ar 72830
Clarksville

Def#63 Irby Kathryn
Ark Inc.
101 East Capitol Ave Ste 410
Little Rock 72201

Def#64 Irby Scott
Ark Inc.
101 East Capitol Ave Ste 410
Little Rock Ar 72201

Def#65 Fowler, Thomas
Ark Inc.
323 Center St Ste 1060
Little Rock Ar 72201

Def#66 Ballard, Lisa
Ark Inc.
2100 Riverfront Dr #200
Little Rock Ar 72202

Def#67 Baber, Caroline
Ark Inc
2100 Riverfront Dr #200
Little Rock Ar 72201

Def#68 Casanova Mike
Ark Inc.
323 Center St Ste 1060
Little Rock Ar 72201

Def#69 Graves Solomon
Ark Inc.
101 East Capitol Ave Ste 410
Little Rock Ar 72201

Def#70 Villareal Santiago
USA Inc.
4700 Mow-way Rd.
Ft Sill OK 73503

Def#71 Benoit, Tyler
Ark Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def#72 Horn Cody
Ark Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

→ next page

Defendants Continued

Def # 73 Cato Justice
WSA Inc.
4700 Mow Way Rd.
Ft. Sill OK 73503

Def #74 Shook Jacob
Ark Inc Deputy
301 Porter Ind. Rd.
Clarksville Ar 72830

Def #75 Bennett, Jeremy
Ark Inc HNIC
301 Porter Ind. Rd.
Clarksville Ar 72830

Def # 76 Smith Sam
Powertrippin Female
Ark Inc
301 Porter Ind. Rd.
Clarksville Ar 72830

Def #77 Woosley Liz
Ark Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def #78 Hanuska Emily
Ark. Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def # 79 Ezell, Kathy
Ark Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def # 80 Wood, Brenda
Ark Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def. # 81 Wood Jeff
Ark In.
301 Porter Ind.
Clarksville Ar 72830

Def # 82 Scott, Brett
Ark Inc.
301 Porter Ind. Rd.
Clarksville Ar 72830

Def # 83 Huber, Mike
Ark Inc
301 Porter Ind. Rd.
Clarksville Ar 72830

Def # 84 Ross Jeff
Ark Inc CPD Inc.
1008 W. Main
Clarksville Ar 72830

Def # 85 Curtis Chris
CPD Inc
1008 W. Main
Clarksville Ar 72830

Def # 86 Arnold, Aaron
CPD Inc
1008 W. Main
Clarksville Ar 72830

Def # 87 Reeder David
CPD Inc.
1008 W. Main
Clarksville Ar 72830

Def # 88 King Ed
CPD Inc.
1008 W. Main
Clarksville Ar 72830

Def # 89 Wood T
CPD Inc
1008 W. Main
Clarksville Ar 72830

Def # 90 Boggs Larry
CPD Inc
1008 W. Main
Clarksville Ar 72830

Def # 91 Evans, Tommy
CPD Inc.
1008 W. Main
Clarksville Ar 72830

Def # 92 Griggs Gaston
CPD Inc.
437 W. Main
Lamar Ar 72846

Def # 93 Harmon Jimmy
CPD
437 W. Main
Lamar Ar 72846

Def # 94 Davis Shane
HSCJ Inc.
#1 Detention Ln
Malvern Ar 72104

Def # 95 Burkett Dustin
HSCJ Inc.
#1 Detention Ln
Malvern Ar 72104

Def # 96 Whitecar Ash
HSCJ Inc.
#1 Detention Ln
Malvern Ar 72104

next page →

Defendants Continued

Def #97 Wordon Tom
OFAC 5013248672
#1 Commerceway Ste 402
Little Rock Ar 72202

Def #98 Betton Alex
BAR member
1505 West 11th St. Ste B
Little Rock Ar 72202

Def #99 Rearmore Matt
BAR Member/Kidnapper of bradlee wright
70 N. College Ave Ste 10
Fayetteville Ar 72201

Def #100 Watson Jessica
Kidnapper of bradlee wright
402 Shady Grove Rd #14
Clarksville Ar 72830

Def #101 Stafford Ed.
Ark Inc
110 Skyline Dr
Russellville Ar 72801

Def #102 Clark Alan
Ark Inc
PO Box 211
Lonsdale Ar 72087

Def #103 Pilcher, Teresa
Ark Inc. Court Clerk
210 Locust St.
Malvern Ar 72104

Def #104 Elkins Doctor
Ark Inc
#1 Detention Ln
Malvern Ar 72104

Def #105 Scales Fendley, Trudy
Ark Inc.
#1 Detention Ln
Malvern Ar 72104

Def #106 Queen Chad
Ark. Inc. Deputy
301 Porter Ind. Rd.
Clarksville Ar 72830

Def #107 King Monica
Ark Inc
215 W. Main
Clarksville Ar 72830

Def #108 Duall, Linda
Ark Inc.
100 West Main St.
Russellville Ar 72801

Def #109
Teresa Pilcher
Ark Inc.
210 Locust
Malvern Ar 72104

Def #110
Jason Owens
1312 West Oak Street
Conway Ar 72033

next page

Continued IV Statement of Claim ≃ page 9 of 11
From ronald marcum Proper name pursuant to Title 18 US Code 1342

Claim Number 4:

Place(s) of occurence: 100 West Main St. First Floor Russellville Ar 72801
Johnson County Circuit Court Inc.

Date(s) of occurence: January 12, 2023 perjured statement notarized for kidnapper Jessica Watson April 11 2024 carried out by co kidnapper (hired) Matt Dearmore

Name of Each Defendant involved:

Matt Dearmore, Jessica Watson, Gordon Mccain, Jack Patterson James Dunham Judge Satterfield, Monica King, Linda Duvall, Nick Mccintrick

federal constitutional rights deprived

Kidnapping of bradlee wright daughter of plaintiff and tarah wright violation of Title 18 USC 241/242 deprivation of rights (life, liberty, and pursuit of happiness under color of law, refusal to remit Foreign Agent Registration Statement

Statement of Facts:

According to court filed stamp on January 12 2023 and Notarized Statement (falsified) by Jessica Watson and carried out by James Dunham Jack Patterson Judge Satterfield Gordon Mccain, Matt Dearmore hired coconspirators in kidnapping Linda Duvall and Monica King and officer Nick Mccintrick April 11, 2024 in the Arkansas Incorporated, Foreign owned corporation providing illegal government services kidnapped bradlee wright plaintiff and tarah wrights 5 year old daughter who was 4 years old at time of occurence
With regard to claim 4 I am suing Defendants in their
Both official and Individual capacity

Continued Claim Number 4:
Statement of Facts:

According to court filed stamp on January 12, 2023 and Notarized Statement (falsified) or (perjured) statement by Jessica watson on April 11 2024 and carried out by James Dunham, Jack Patterson, Judge Satterfield, Gordon Mccain, Matt Dearmore, hired coconspirators in kidnapping of bradllee wright, Linda Duvall and Monica king and officer Nick Mccintrick in the Arkansas Incorporated, Foreign owned corporation providing illegal government Services kidnapped bradlee wright plaintiff and tarah wrights 5 year old daughter who was 4 years old at time of occurence

With regard to claim 4 I am suing Defendants in their:

Both official and Individual capacity

Claim Number 5

Place(s) of occurence: 301 Porter Ind. Rd. clarksville Ar 72830

Date(s) of occurance: 11-14-2023, 12-5-2023

Name each defendant involved: Kathy Ezell, Mike Hamilton, Tom Hughes, Nick mccintrick, Jeremy Bennett, Jacob Shook, Jason Cole, Jordan Hawkins, M. Jones, Adam Echelhouf, Justice Cato, Chad Queen, Abbie Yarborough, James Dunham, Jack Patterson, Mike Huber, Sam Smith, Liz Lucosley, Cody Horn, Clay mccall, Steven Higgins, Carol Collins, Heather Patton, Jeffrey Phillips, Deidra Luker, Jacob Phillips, Judge Satterfield, Gordon Mccain, Herman Houston, Deputy Cooper, Sarah Sanders, Tim Griffin, Leslie Rutledge.

State Federal constitutional rights that were violated

Theft of property violation of Title 18 USC 241/242 deprivation of rights under color of law

Continued Claim Number 5:

statement of facts

On 11-14-2023 The above listed herein and their above referenced hierarchy Governor, Attorney General, Lt. Governor that the County officers, judges, other Staff etal refer to them as their supervising employers stold 585.00 off my person

Then while in jail Kathy Ezell, Abbie Yarborough embezzled ≈200.00 off my inmate banking account on or about 12-5-2023

The reason to list the governor et al is because the county employees tell me to contact the governors office and the Attorney General which is a total and complete lie.

Claim Number 6:

Place(s) of occurrence Hwy 64 east of Knoxville Arkansas

Date(s) of occurrence 5-23-2023, 8-28-2023

Name of each defendant involved:

W. Crabb, D Smothers, B Syfert, C Manness, Z Baldwin Lt. Austin, K Drown, Tess Bradford, Kathryn Irby, Mike Hagar, Hugh Finkelstein

Denied paper to complete so I used backside of evidence from current investigation please include copy to be remitted to ronald marcum FOIA request → over



Clarksville Arkansas 72830
LITTLE ROCK AR 720
27 MAR 2024 PM 3
quadient
FIRST-CLASS MAIL
IMI
$000.64º
03/27/2024 ZIP 72830
043M31253070
US POSTAGE
Johnson County Circuit Court Inc.
PO Box 188
Clarksville Arkansas 72830
Lawful Mail
72830-018888
Evidence to be filed in US District Court

Continued Claim Number 6:

Federal constitutional rights deprived

excessive force, denial of medical, collusion of violation of Title 18 USC 241/242 deprivation of rights undercolor of law refused to remit Foreign Agent Registration Statement Issue of Bills of Attainder

Statement of facts

On 5-23-2023 the above named defendants W. Crabb, D Smothers, B Syfert, C Maness, Z. Baldwin, Lt. Austin, K Drown, deprived me of my right to travel unencumbered. I was not operating in commerce, W. Crabb violated the law activating his emergency lights when there was no real emergency, violated due process by assuming I was suspect in a crime. Furthermore once he violated the law he was no longer a peace officer but a hired mercanary for the State of Arkansas incorporated after I gave him warning of tresspass on rights with notarized bonafied Tresspass warning he and his coconspirators/gang of criminals) proceed to break car window use excessive force mace and other deadly weapons to arrest me. On 8-28-2023 Kathryn Irby, Tess Bradford, Mike Hagar, Hugh Finkelstein have presented falsified statements in support of these highly questionable illegal federally prohibited actions. The Troopers Also denied me medical and committed Armed Robbery of my property 34 grams of gold, 2 cellphones etc. This is kidnapping when one is removed more than 5 feet from ones property. Furthermore

next page

Continued Claim Number 6:

All above herein have refused FOIA request of foreign Agent Registration Statement pursuant to Title 18 US Code 1342 of the Foreign Agents Registration Act of 1938 as required (mandatory) public disclosure by the Privacy Act Statement. The filing of this document is required for the foreign Agents Registration Act of 1938 as amended 22 USC 611 et seq. For the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory and failure to provide the information subject to the penalty and enforcement provisions established in section 8 of the Act

With regard to Claim 6 are you suing defendants in their

Both Official and individual capacity

Asserting official capacity

The above defendants mentioned herein above are knowingly depriving me of god given rights that they are supposed to be protecting and by oath under contract to protect Then refusing to remit FOIA requested information committing even more crimes explained all this they are trained to do to issue illegal US constitutionally illegal Bills of attainder.

Claim number 7:

Place of occurence: 301 Porter Ind Rd Clarksville Ar 72830

Date(s) of occurence May 2021 - June 2021, December 20 2023, 2-1-2021

Name each individual involved: Brenda Wood, Jeff Wood, Brett Scott Mike Huber, Jeff Ross, Chris Curtis, Aaron Arnold, David Reider, Ed King, T Wood, Larry Boggs, Tommy Evans, Gaston Griggs, Jimmy Harmon, Kourtney Morrison, S. Garcia Sarah Capp, David Saxon, Fred Kirkpatrick, Abbie Yarborough

→ next page

Continued Claim Number 7:

With regard to claim 7 are you suing defendants in their:

Both official and individual capacity

Asserting official capacity

The above defendants are knowingly depriving me of my god given rights issuing bills of attainder banning me from public buildings then issuing warrants when I show up at district court, they arrest for criminal trespass so if I dont show up issue arrest warrant so what am I to do. I do not contract with thes illegal corporations acting as government, since 2021 have discovered that they are operating under USA Inc., Arkansas Inc., Johnson County Inc. all not the U.S. constitutionally guaranteed republican form of government violating Title 18 USC 241/242 Federal Felony Crimes. Refusing to remit FOIA requested information i.e. All matters that illegally require me to be present in an illegal court that is a corporation for Bills of attainder all in violation of the U.S. constitution pre 1871 and Arkansas Republic Constitution 1836.

over →

Continued Claim Number 7:

Federal Constitutional rights deprived

Issue of Bills of Attainder Theft of property threat of use of excessive force violation of Title 18 USC 241/242 deprivation of rights under color of Law refuse to remit FOIA requested information, ban from public buildings

Statement of facts

Plaintiff has, since November of 2023, requested FOIA requested information from May - June 2021, up to November of 2023 all information, matters, etc dealing with such since 2019 mostly all illegal Bills of Attainder. Plaintiff has yet to recieve any information from all defendants regarding these matters this to include the ban from public buildings, Traffic citations (illegal Bills of Attainders) Foreign Agent Registration pursuant to Title 18 US Code 1342 of the foreign Agents Registration Act of 1938 as required (mandatory) public disclosure by the Privacy Act statement use of excessive force by Brenda wood, Jeff wood, Brett Scott Mike Huber Jeff Ross, Chris Curtis, Aaron Arnold, T wood, Larry Boggs, Tommy Evans, Gaston Griggs, Jimmy Harmon Kourtney Morrison, S. Garcia Sarah capp David Saxon, Fred Kirkpatrick, Abbie yarborough herself has Felony forged judges name on arrest warrants dates are not exact until all FOIA requests are ordered by court at least back to June of 2018 since I believe I have matters not settled back that far as I have 230 day jail credits since then and the judges Sarah capp Fred Kirkpatrick, David Saxon refuse to give me jail credits for those Bills of Attainders

→ over

Continued:

Claim Number 8

Place of occurence: State of Arkansas Republic Organic State land and Soil

Date(s) of Occurence: From inception of illegal 1874 Corporate Arkansas Incorporated Constitution ignoring the lawful Republican Organic 1836 (1836) Ratified Constitution through present day todays date September 19, 2024AD 1871 USA Incorporated Corporate Foreign Owned Constitution

Name each Defendant involved: PK Holmes, Mark E Floyd, Ronald Dowling, Heather Burns, Michael Gans, Levinsky Smith, James Loken, Stephen Colloton, Ray Gruender, Dwayne Benton, Bobby Shepherd, Jane Kelley, Ralph Erickson, Stephen Grasz, David Strasz, Jonathon Kobes, Asa Hutchison, Sarah Sanders, Tim Griffin, Leslie Rutledge, David Sacher, Mike Hagar, Hugh Finkelstein, Tess Bradford, W. Crabb, D Smothers, B Syfert, C Maness, Z Baldwin, U Austin, Kyle Drown, Gary Stubblefield, Aaron Pilkington, John Boozman, Tom Cotton, Bruce Westerman, Sarah Capp, Fred Kirkpatrick, David Saxon, Abbie Yarborough, S Garcia, Kourtney Morrison, Jimmy Stephens, Tom Hughes, Nick Mccintrick, Officer Cooper, Jason Cole Jordan Hawkins, Mike Hamilton, Matt Jones, Herman Houston, James Dunham, Gordon "Mack" Mccain, Judge Satterfield, Jack Patterson, Derdra Luker, Jeff Phillips, Heather Patton, Jacob Phillips, Carol Collins, Steven Higgins, Kathryn Irby, Scott Irby Thomas Fowler, Lisa Ballard, Caroline Baber, Mike Casanova, Solomon Graves, Santiago Villareal, Tyler Benoit, Cody Horn, Justice Cato, Jacob Shook, Jeremy Bennett, Sam Smith, Liz Woosley, Emily Hanuska, Kathy Ezell, Brenda Wood, Jeff Wood, Brett Scott, Mike Huber, Jeff Ross, Chris Curtis, Aaron Arnold David Reider, Ed King, T Wood, Larry Boggs, Tommy Evans, Gaston Griggs, Jimmy Harmon, Clay Mccall, Tom Wordon, Ruben Gay, Alex Betton, Shane Davis

→ Over

Continued Claim Number 8! Dustin Burnett, Ashley Whittecar, CO Amanda, Robbond, CO Stacey, Matt Dearmore, Jessica Watson, Ed Stafford Alan Clark Jason Owens, Teresa Pilcher

Federal constitutional rights deprived

Violations of Title 18 USC 241/242 deprivation of rights under color of law, Issuance of Bills of Attainder, Kidnapping excessive force, fail to remit oaths of office, surety bond, liability insurance, Foreign Agents Registration under FOIA, FOIA requests Failure to provide living injured party or damage to an individuals property Mail Fraud fictitious name or address, refuse to file claims operate illegal corporation acting as government use of excessive force

Statement of facts

Since December 22 2020 at 12:04 am when Jimmy Stephens (Sheriff) Johnson County INC. Arkansas evicted me at without court order and threat of arrest. Several weeks later was arrested for criminal tresspass where my personal property was and Sarah Capp felony forge my name on legal documents and later banned me + May or June 2021, from district court building contacting every member of the State of Arkansas Incorporated since these dates been jailed now over 400 days

→ Next page

Continued Claim number 8

and have exhausted all grrevances and made/filed Claims with all appropriate agencies. Discovering that State of Arkansas Incorporated operating under USA Incorporated under a 1874 corporate Constitution that all defendants have refused to remit FOIA requested information for the most part. Remit foreign agent registration statements as described herein above the exact dates are being withheld from all previous recent FOIA requests which is part of this suit. These people are operating illegal fraudulent governments PK Holmes and Mark E Floyds US District Court Incorporated has referred me to file in the Fayetteville division proving there conspiracy of crimes against me. I pray and hope for immediate release that James Dunham Jack Patterson, Judge Setterfield, Gordon Mccain, Jeff Phillips Heather Patton Alex Betton Carol Collins Steven Higgins Sam Eastman who have all violated due process ordered/forced psychiatric evaluations in December 2023 fee schedule notarized pays me 500,000 USD really lawful money is gold to be paid to me since that day or my arrest on 11-14-2023 where I was kidnapped by defendants listed hereinabove

next page

Continued Claim number 8:

With regard to claim 8 are you suing Defendants in their

Both official and individual capacity

The defendants have been notified by electronic communication since I discovered in 2022 case # 2:22-cv-2160PKH that they are knowingly operating in fraud for example Tim Griffins office + Sarah Sanders Office and John thurston office have all admitted to operating an illegal corporate government on the record operating under 1874 Arkansas Incorporated constitution not the republican organic land and soil jurisdiction Lawful 1836 constitution I attest and affirm this to be correct under penalties of perjury

ronald marcum

ronald marcum

living soul

All Rights Reserved

UCC1-308/1-207; UCC1-103

proper name pursuant to Title 18 US Code 1342

NOTICE POSSIBLE MAIL FRAUD

ronald marcum constitutional law group
c/o #1 Detention Ln
Malvern Arkansas State Republic
[72104]

PITNEY BOWES
$2.87 0
US POSTAGE
FIRST-CLASS
028W0002312048
2000233103
ZIP 72104
SEP 23 2024

US District Court
Pro Se Clerk
35 East Mountain Street Suite 51
Fayetteville Ar 72701

Lawful
Mail

Received WD/AR
SEP 27 2024
U.S. Clerk's Office



POSSIBLE MAIL FRAUD
BY HOTSPRING COUNY JAIL STAFF
SPECIFICALLY Ashley Whittecar
Shane Davis
I the authority over government tells you what is lawful
treasonous government employees